**Wagley, Dave**                                              **DKT: # 02-CR-627-01**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 8 2009

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*Judicial Response*

## THE COURT ORDERS:

[ ✓ ]  Transfer of Jurisdiction (see attached endorsed transfer form) to W. D. Tx.

[   ]  Other

Honorable Laura T. Swain
U.S. District Judge

8 Dec 2009
Date:

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 02 CR 627-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Dave Wagley 3914 East HWY 7 Centerville, TX 75833 | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION U.S. Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Laura T. Swain | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/11/2007 — TO 04/10/2010 |

OFFENSE

Distribution of Child Pornography, 18 USC 2252A(a)(1). Class C Felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **WESTERN DISTRICT OF TEXAS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_Dec 8 2009_
Date

_/s/_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF TEXAS**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_

_United States District Judge_